NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN APPEL,                        )
                                     )
                                     )
          Petitioner,                )
                                     )
v.                                   )          Case No.   2D18-4443
                                     )
THE BOARD OF TRUSTEES OF THE         )
CITY PENSION FUND FOR                )
FIREFIGHTERS AND POLICE              )
OFFICERS IN THE CITY OF TAMPA,       )
                                     )
          Respondent.                )
_____    )

Opinion filed March 20, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Hillsborough County;
Richard A. Nielsen, Judge.

Misti L. Howey and Tonya A. Oliver of
Oliver & Fox, P.A., Tampa, for
Petitioner.

Robert D. Klausner, Stuart A. Kaufman
and Anna R. Klausner Parish of
Klausner, Kaufman, Jensen & Levinson,
P.A., Plantation, for Respondent.


PER CURIAM.


          Denied.

KHOUZAM, MORRIS, and BLACK, JJ. Concur.